UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED conditioned upon the timely filing of a waiver of speedy trial.**
>
> /s/ Aleta A. Trauger

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| V. | ] | NO. 3:12-CR-111 |
| | ] | |
| GARY COOP | ] | JUDGE TRAUGER |

___

**MOTION TO CONTINUE TRIAL AND PRE-TRIAL MOTION FILING DEADLINE**
___

Comes now the defendant, Gary Coop, by and through counsel, and respectfully moves that both the trial, presently set for January 2, 2013, and the pre-trial motion filing deadline, presently set for November 22, 2013 be continued. In regards to trial, he would ask for a continuance of no less than 120 days and up to 9 months, as best fits the schedule of this Honorable Court. In regards to the pre-trial motion filing deadline, he would ask that it be continued until 90-days prior the rescheduled trial date. In support of this Motion, Mr. Coop would show the following:

1. Mr. Coop was arraigned on this cause, charging a conspiracy to distribute steroids, on October 25, 2012 (DE 5).

2. Pursuant to Local Rule 12.01(b) the deadline for filing pre-trial motions is set 28-days from arraignment, thus the present deadline would be November 22, 2012.